UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER Y. USENKO, derivatively On behalf of the SunEdison Semiconductor Ltd. Retirement Savings Plan, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) No. 4:17-cv-02227-AGF |
| SUNEDISON SEMICONDUCTOR LLC, THE INVESTMENT COMMITTEE OF THE SUNEDISON SEMICONDUCTOR RETIREMENT SAVINGS PLAN, HEMANT KAPADIA, PENNY CUTRELL, STEVE EDENS, KAREN STEINER, CHENG YANG, and BEN LLORICO, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiffs' claims against Defendants Penny Cutrell and Karen Steiner are **DISMISSED without prejudice**, and Plaintiffs' claims against all other Defendants are **DISMISSED with prejudice**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2018.