UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALEXANDER Y. USENKO, Derivatively on
Behalf of the SunEdison Semiconductor Ltd.
Retirement Savings Plan,

        Plaintiff,

vs.

SUNEDISON SEMICONDUCTOR, LLC, THE
INVESTMENT COMMITTEE OF THE
SUNEDISON SEMICONDUCTOR
RETIREMENT SAVINGS PLAN, and JOHN
DOES 1-10,

        Defendants.

Civil Action No.: 4:17-cv-02227-AGF

## CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED

Notice is hereby given that Plaintiff Alexander Y. Usenko, through his attorneys, and pursuant to F.R.A.P. 10(b)(B), will not order a transcript as no hearings were held.

Dated: March 26, 2018

**DYSART TAYLOR COTTER**
**McMONIGLE & MONTEMORE, P.C.**

By: _/s/ Don R. Lolli_
Don R. Lolli (# 56263MO)
4420 Madison Avenue, Suite 200
Kansas City, MO 64111
Telephone: (816) 931-2700
Email: dlolli@DysartTaylor.com

**HARWOOD FEFFER LLP**

Robert I. Harwood (admitted *pro hac vice*)
Daniella Quitt (admitted *pro hac vice*)
488 Madison Ave., 8th Floor
New York, NY 10022
Telephone: 212-935-7400
Email: rharwood@hfesq.com
Email: dquitt@hfesq.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (admitted *pro hac vice*)
Gregory M. Egleston (admitted *pro hac vice*)
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for the parties.

                                                  /s/ Don R. Lolli